UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09
```

SEA BIRD SHIPPING LTD.,

                Plaintiff,

- against -

ROSINTERAGROSERVIS LTD.,

                Defendant.

1:09-cv-06146-RJH

**ORDER**

For the reasons stated on the record on August 5, 2009:

1. Plaintiff's motion to amend **[17]** is granted;

2. Plaintiff's renewed motion for an order authorizing process of maritime attachment and garnishment **[17]** is denied;

3. Any further motion to amend regarding ¶ 2 hereof shall be served and filed by September 4, 2009.

SO ORDERED.

Dated: New York, New York
        August __7__, 2009

                                                        _____
                                                        Richard J. Holwell
                                                        United States District Judge